```
                    Glenn B. Stearns Chapter 13 Trustee
                       4343 Commerce Court, Suite 120
                              Lisle, IL 60532
                    Ph:630-577-1313   Fax:630-577-1341
```

In re:
JOSEPH A TORRES
NORINE A TORRES                             SCHOTTLER & ZUKOSKY
                                            10 S LASALLE ST #3410
Case No. 06 B 05298                         CHICAGO IL
Account No. 7078                                                    60603


JOSEPH A TORRES                             WASHINGTON MUTUAL BANK
16W730 56TH PL                              7255 BAYMEADOWS WAY
CLARENDON HILLS IL                          MAILSTOP JAXB2007
              60514                         JACKSONVILLE FL       32256


NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)


   Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on March 13, 2007    .

                                            Glenn Stearns, Trustee

                                            /s/
                                            _____

                                            By: Kate Hayes



CERTIFICATE OF SERVICE


   I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it in the U.S. Mail on May 2, 2007    .

                                            /s/
                                            _____

                                            For: Glenn Stearns, Trustee


Glenn Stearns, Trustee
4343 Commerce Court, Suite 120
Lisle, IL 60532
(630) 577-1313